862 F.2d 869
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Anthony GRANDISON, Plaintiff-Appellant,
v.
Alfred ERHARDT, Officer, Baltimore City Police Department,
Defendant-Appellee,
and
City of Baltimore, Maryland, Defendant.
 No. 88-7147.
 United States Court of Appeals, Fourth Circuit.
 Submitted: Oct. 26, 1988.
Decided: Nov. 21, 1988.
 
 Anthony Grandison, appellant pro se.
 Robert Charles Verderaime (Verderaime and Dubois), for appellee.
 Before DONALD RUSSELL and JAMES DICKSON PHILLIPS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Anthony Grandison appeals from the district court's order denying relief under 42 U.S.C. Sec. 1983. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Grandison v. Erhardt, C/A No. 81-940 (D.Md. May 11, 1988). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.